IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
(Tallahassee Division)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | Civil Action No. 4:01cv238SPM |
| ) | |
| COASTAL LUMBER COMPANY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

<u>ORDER</u>

This Court, having reviewed Plaintiff's Motion to Enter Consent Decree (doc. 117), hereby ORDERS:

1. The Court's entry of the Consent Decree (doc. 114) on June 6, 2006 is hereby VACATED.

2. As the public comment period has now closed, without any comments being received by the United States, the Court finds that the Consent Decree is fair, reasonable, and in the public interest, and affixes its signature approving the Consent Decree.

IT IS SO ORDERED this 27th day of June, 2006.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge