IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
(Tallahassee Division)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 4:01cv238SPM |
| | ) | |
| COASTAL LUMBER COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER**
**TERMINATING CONSENT DECREE**

AND NOW, this 29th day of May, 2007, upon consideration of the Joint Motion to Terminate Consent Decree (doc. 120) filed by the Parites, good cause existing therefore,

IT IS HEREBY ORDERED that the Consent Decree is TERMINATED and this case is hereby CLOSED.

*s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge